# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE ESTATE OF TONI LEE BENSON, DECEASED. | No. 72219 |

STEVE LEIBOWITZ,
                    Appellant,
            vs.
DAVID E. BENSON, SPECIAL
ADMINISTRATOR TO THE ESTATE
OF TONI LEE BENSON,
                    Respondent.

**FILED**

OCT 11 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from several district court orders entered in a probate proceeding. Eighth Judicial District Court, Clark County; Gloria Sturman, Judge.

We previously entered an order directing appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Appellant then requested, and we granted, several extensions of time to file his response. Appellant did not file a response, but the parties have now filed a stipulation to dismiss this appeal.

Cause appearing, pursuant to the stipulation, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

_____, C.J.
            Cherry

cc: Hon. Gloria Sturman, District Judge
John Walter Boyer, Settlement Judge
Law Office of S. Don Bennion
Solomon Dwiggins & Freer, Ltd.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A